UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Hon. Janet T. Neff

FRANCISCO GERARDO MONREAL-          Case No. 1:20-cr-00126
HERNANDEZ,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

      Pursuant to W.D. Mich. LCrR. 11.1, I conducted a plea hearing in the captioned case on September 18, 2020, after receiving the written consent of defendant and all counsel. There is no written plea agreement. At the hearing, defendant FRANCISCO GERARDO MONREAL-HERNANDEZ entered a plea of guilty to the Indictment charging defendant with being an alien who had previously been removed after having been convicted of a felony offense, found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission, in violation of 8 U.S.C. §§ 1326(a), 1326(b)(1). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to the Indictment be accepted and that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Dated: September 18, 2020                                        /s/ Sally J. Berens
                                                                                                    SALLY J. BERENS
                                                                                                    U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).